UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS R. FARESE,                              CASE NO. 03-61089-CIV-DIMITROULEAS

    Plaintiff,

vs.

FLORIDA VENTURES, INC.,
PALM BEACH PARTNERS, LTD.,
HARALD DUDE,
MANHATTAN CAPITAL PARTNERS,
SOUTHFIELD FARMS CORP.,
MOBILE MANAGEMENT CORP.,
CONGRESS SHOPPING CENTER LTD.,
"CONGRESS PLAZA" REAL PROPERTY,
DEE INVESTMENTS LIMITED PARTNERSHIP,
"ASPEN HOUSE" REAL PROPERTY,
SCOTT RAY (Assistant U.S. Attorney),
DAVID T. CASERTA (Federal Monitor), and
UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER

THIS CAUSE having been heard upon Plaintiff's October 8, 2003 Motion for Discovery [DE-95], said request is **DENIED**, without prejudice. The Court has ordered the parties to file a Joint Scheduling Report (JSR) [DE-13]. Upon receipt of the JSR, the Court will enter a scheduling and discovery order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of November, 2003.

                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

FILED by _____ D.C.
NOV 26 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Copies furnished to:

Thomas R. Farese, #01946-004
c/o Federal Correctional Complex Low
P.O. Box 1031
Coleman, Florida 33521

Gary Dunkel, Esquire

Marilynn Koonce Lindsey, AUSA

Honorable Barry Seltzer, US Magistrate Judge