UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 03-61089-CIV-DIMITROULEAS/TORRES

THOMAS R. FARESE,

    Plaintiff,

v.

FLORIDA VENTURES, INC.,
et al.,

    Defendants.
_____/

### ORDER FOR RESPONSE AND REPLY

This matter is before the Court on Plaintiff's Motion to Excuse Late Response to Defendants' Motion for Protective Order Re: Plaintiff's First Set of Interrogatories (D.E. # 188). After reviewing the motion and file in this case, it is **ORDERED** as follows:

1. Defendants shall have until **Wednesday, January 28, 2004** to file a **Response** to Plaintiff's Motion to Excuse Late Response to Defendants' Motion for Protective Order Re: Plaintiff's First Set of Interrogatories and a **Reply** to Plaintiff's Response in Opposition to Defendants' Motion for Protective Order Re: Plaintiff's First Set of Interrogatories.

2. **A copy of the Response and Reply shall be delivered directly to the chambers of Magistrate Judge Torres within the time provided in this Order**.

DATED at Fort Lauderdale, Florida this 13 day of January, 2004.

                                  EDWIN G. TORRES
                                  United States Magistrate Judge



cc: Honorable William P. Dimitrouleas

Thomas Farese, pro se
# 01946-004
Federal Correctional Complex Low
P.O. Box 1031
Coleman, Florida  33521

Marilyn Koonce Lindsey, AUSA
500 East Broward Boulevard
Ft. Lauderdale, Florida  33394

Ken Scherer, Esq.
Cohen, Norris, et al.,
712 U.S. Highway One, Suite 400
P.O. Box 13146
North Palm Beach, Florida  33408-7146

Gary M. Dunkel, Esq.
Greenberg Traurig, P.A.
777 S. Flagler Drive, Suite 300E
West Palm Beach, Fl  33401