UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-61089-CIV-DIMITROULEAS

THOMAS R. FARESE,

Magistrate Judge Torres

Plaintiff,

vs.

FLORIDA VENTURES, INC., et al.,

Defendants.
_____/

FILED by ___ D.C.
FEB 10 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER DENYING PLAINTIFF'S MOTION TO REQUIRE DUDE DEFENDANTS TO PARTICIPATE IN JOINT SCHEDULING AND DISCOVERY CONFERENCE; ORDER REQUIRING ALL DEFENDANTS TO SUBMIT A UNILATERAL SCHEDULING REPORT UPON THE FILING OF THEIR FIRST RESPONSIVE PLEADING

THIS CAUSE is before the Court upon Plaintiff's Motion to Require Dude Defendants to Participate in Joint Scheduling and Discovery Conference or Concede to Plaintiff's Unilaterally Proposed Scheduling Report [DE-189], Defendants' Response in Opposition to Plaintiff's Motion [DE-195], Plaintiff's Reply to Defendants' Response [DE-206], and Plaintiff's Unilateral Proposed Scheduling Report and Discovery Report, filed herein on February 9, 2004. The Court has carefully considered the matter and is otherwise fully advised in the premises.

In the instant Motion, Plaintiff asks this Court to require certain Defendants to participate in a joint scheduling and discovery conference or concede to Plaintiff unilaterally submitting a proposed scheduling report. Defendants do not concede to Plaintiff's Unilateral Proposed Scheduling Report and Discovery Report and contend that a joint scheduling and discovery conference is not required, at this time, because the last responding Defendant has not submitted its first responsive pleading.

This Court's Order of June 16, 2003 stated that unless this action was excluded under



Rule 26(a)(1)(E), the parties were required to confer within fifteen (15) calendar days after the filing of the first responsive pleading by the last responding defendant. Accordingly, Rule 26(a)(1)(E)(iii) excludes an action brought without counsel by a person in custody of the United States, a state, or a state subdivision. Fed. R. Civ. P. 26(a)(1)(E)(iii).

As the Plaintiff is currently incarcerated, this Court will excuse the parties from the Court's usual requirement of filing a joint scheduling report and will allow the Plaintiff to file his Unilateral Proposed Scheduling Report and Discovery Report, filed herein on February 9, 2004. Moreover, the Court will order all Defendants in this case to submit a unilateral scheduling report within ten (10) days of filing their first responsive pleading. The Court notes that although Defendants have already submitted motions to dismiss in this matter, a motion to dismiss is not a responsive pleading. See Burns v. Lawther, 53 F.3d 1237, 1241 (11th Cir. 1995). Therefore, as the Defendants have not filed their first responsive pleadings, they are not required to submit scheduling reports at this time. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Require Dude Defendants to Participate in Joint Scheduling and Discovery Conference or Concede to Plaintiff's Unilaterally Proposed Scheduling Report [DE-189] is **DENIED**.

2. Defendants' request for attorneys' fees and costs for having to oppose such Motion is **DENIED**.

3. All Defendants in this case shall submit a unilateral scheduling report within ten

(10) days of filing their first responsive pleading in this matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10___ day of February, 2004.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Torres
Gary M. Dunkel, Esq.
Kenneth Scherer, Esq.
Craig S. Barnett, Esq.
Avi Benayoun, Esq.
Marilynn K. Lindsey, Esq.

Thomas R. Farese
#01946-004
FCC Low
P.O. Box 1031
Coleman, FL 33521

Aldo Beltrano, Esq.
970 North Congress Avenue
West Palm Beach, FL 33409